FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2011 JUL 22 P 1: 36
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| GERALD CINEUS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 310-103 |
| | ) | |
| JANET NEPOLITANO, et al., | ) | |
| | ) | |
| Respondents. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondents Holder and Aguilar are **DISMISSED** as parties to the instant action. The motion to dismiss filed by Respondent Wells and the first motion to dismiss filed by the remaining Respondents are **GRANTED**. (Doc. nos. 3, 10.) The second motion to dismiss and the motion to dismiss for lack of prosecution are **DENIED** as **MOOT**. (Doc. nos. 12-1, 12-2.) The instant petition filed pursuant to 28 U.S.C. § 2241 shall be **DISMISSED**, and this action shall be **CLOSED**.

SO ORDERED this ___ day of July, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE